LAW OFFICE OF STANLEY R. APPS
Stanley R. Apps (State Bar No. 309425)
11818 Moorpark Street, Unit R
Studio City, CA 91604
(310) 709-3966
stan@appsatlaw.com

*Attorney for Plaintiff Colette Calmelet*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE CALMELET,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; DAVID M. HASSENZAHL, Personally and in his Official Capacity as Dean of the College of Natural Sciences at California State University, Chico; RICHARD L. FORD, Personally and in his Official Capacity of Department Chair of the Department of Mathematics and Statistics at California State University, Chico, and DEBRA S. LARSON, Personally and in her Official Capacity as Provost of California State University, Chico,<br><br>　　　　　　　Defendants. | Case No.: 2:19-cv-02537-MCE-DMC<br><br>**ATTORNEY'S NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL FOR PLAINTIFF, WITH INCORPORATED SUPPORTING DECLARATION OF STANLEY R. APPS**<br><br>Date:　JANUARY 28, 2021<br>Time:　2:00 p.m.<br><br>Dept.:　7<br>Judge:　Morrison C. England, Jr.<br><br>Action Filed:　December 17, 2019 |

**ATTORNEY'S NOTICE OF MOTION AND MOTION
TO BE RELIEVED AS COUNSEL FOR PLAINTIFF,
WITH INCORPORATED SUPPORTING DECLARATION OF STANLEY R. APPS**

TO THIS HONORABLE COURT AND ALL ATTORNEYS OF RECORD:

COUNSEL FOR PLAINTIFF, Stanley R. Apps (hereinafter "Attorney Apps"), hereby moves this honorable Court for Entry of an Order Relieving Attorney Apps as counsel for Plaintiff COLETTE CALMELET in the above-captioned civil action, on the grounds and for the reasons set forth in the incorporated Supporting Declaration of Stanley R. Apps.

An Order Relieving Attorney Apps as counsel for Plaintiff is justified and appropriate based on persistent disagreements as to litigation strategy between Plaintiff and Attorney Apps, and based on Plaintiff's written agreement to permit Attorney Apps to withdraw as her Attorney of Record on June 9, 2020, as set forth in further detail in the incorporated Supporting Declaration of Stanley R. Apps.

DATED: December 3, 2002

*/s/ Stanley R. Apps*

Stanley R. Apps
11818 Moorpark Street, Unit R
Studio City, CA 91604
stan@appsatlaw.com
(310) 709-3966
*Attorney for Plaintiff Colette Calmelet*

**INCORPORATED SUPPORTING DECLARATION OF STANLEY R. APPS**

I, Stanley R. Apps, hereby declare and state as follows under penalty of perjury:

1. I am the Attorney representing Plaintiff Colette Calmelet ("Dr. Calmelet") in the above-captioned civil action, case number 2:19-cv-02537-MCE-DMC in the United States District Court for the Eastern District of California.. I am over eighteen years of age and able to testify competently as to all matters set forth in this Declaration.

2. Beginning in approximately April 2020, I and Dr. Calmelet began to experience significant differences as to the appropriate litigation strategy for her case.

3. Despite repeated discussions of our differences regarding litigation strategy, I and Dr. Calmelet were unable to resolve our disagreements. As a result, I came to the conclusion that our differences regarding litigation strategy could not be reconciled.

4. For this reason, I made a request to Dr. Calmelet to permit me to withdraw as Plaintiff's Counsel of Record.

5. On June 9, 2020, Dr. Calmelet informed me that after June 12, 2020, she would no longer use my services as her attorney and would allow me to substitute out of her case in favor of a new attorney once she retained new counsel. In return, I agreed to release her from any future financial obligations to myself as her attorney.

6. To the best of my knowledge, Dr. Calmelet has not yet retained new counsel.

7. I have waited almost six months for Dr. Calmelet to obtain new counsel so that I could be relieved as her counsel of record.

8. At this time, I believe I have waited a sufficient and equitable amount of time for Dr. Calmelet to permit me to withdraw as her Attorney of Record. As such, I am now moving forward with a Motion to be Relieved as Counsel.

9. I continue to believe that Dr. Calmelet and myself have persistent and irreconcilable differences as to litigation strategy that prevent me from continuing to serve as her counsel of record.

10. I know of no prejudice to any party that will result from the granting of my Attorney's Motion to be Relieved as Counsel.

I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct to the best of my personal knowledge.

DATED: December 3, 2020

*/s/ Stanley R. Apps*

Stanley R. Apps

# PROOF OF SERVICE

I, the undersigned, declare:

I am a resident of California, over the age of 18 years, and not a party to this civil action. My business address is . On December 3, 2020, I caused to be served in the manner indicated below the attached: **ATTORNEY'S NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL FOR PLAINTIFF, WITH INCORPORATED SUPPORTING DECLARATION OF STANLEY R. APPS**

☑ **BY UNITED STATES MAIL**: I enclosed the document in a sealed envelope and personally caused it to be mailed via the United States Postal Service to Plaintiff and Defendant at the below addresses:

Ian A. Sangster, Esq.
Cook Brown, LLP
2407 J Street, Second Floor
Sacramento, CA 95816

*Attorneys for Defendants*

Dr. Colette Calmelet
741 Hastings Street
Chico, CA 95929

*Plaintiff*

☑ **BY ELECTRONIC TRANSMISSION**: In addition, I caused the document to be transmitted on December 3, 2020 to Plaintiff and Defendant's counsel via this Court's Case Management/Electronic Case Filing system ("CM-ECF") at the following email addresses:

twills@cookbrown.com
isangster@cookbrown.com
calmeletc@gmail.com

I declare under penalty of perjury that the above is true and correct.

Executed this 3rd day of December, 2020, at Studio City, California.

*/s/ Stanley R. Apps*
_____

Stanley R. Apps
_____