UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE CALMELET,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; DAVID M. HASSENZAHL, Personally and in his Official Capacity as Dean of the College of Natural Sciences at California State University, Chico; RICHARD L. FORD, Personally and in his Official Capacity of Department Chair of the Department of Mathematics and Statistics at California State University, Chico, and DEBRA S. LARSON, Personally and in her Official Capacity as Provost of California State University, Chico,<br><br>Defendants. | No.: 2:19-cv-02537-MCE-DMC<br><br><br><br>**ORDER** |

Plaintiff Colette Calmelet ("Plaintiff") filed this lawsuit under Title VII of the Civil Rights Act of 1964 and 42 U.S.C. § 1983, claiming that Defendants violated her civil rights when they racially discriminated and retaliated against her for authoring a dissenting viewpoint about a tenure-track faculty member.  Now before the Court is Plaintiff's Amended Motion to Modify Initial Pretrial Scheduling Order.  ECF No. 34.  That

1

1  Motion followed Plaintiff's recent retention of new counsel, who substituted into this
2  matter as her attorney on or about September 10, 2021.  ECF No. 33.  Plaintiff's new
3  counsel, Dean Royer, filed the present Motion to Modify two weeks later, on September
4  24, 2021, alleging that because prior counsel had not initiated any non-expert discovery
5  he could not complete what he deemed necessary prior to the current November 5, 2021
6  deadline for doing so.  Plaintiff's Motion therefore seeks an additional three months, until
7  February 3, 2022, for the completion of that discovery.  Counsel alleges he acted
8  promptly in making his request as soon as he was retained as Plaintiff's attorney, and on
9  October 7, 2021 defense counsel filed a Statement of Non-Opposition to the instant
10 Motion.  ECF No. 40.

   Given that non-opposition, and good cause appearing, Plaintiff's Amended Motion to Modify (ECF No. 39) is GRANTED.[1]  The operative Pretrial Scheduling Order in this matter is hereby amended to reflect a deadline of February 3, 2022 for completing non-expert discovery, and all remaining deadlines contained within said Order shall be calculated based upon that new date.

   IT IS SO ORDERED.

Dated:  November 9, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Having determined that oral argument would not be of material assistance, the Court ordered this matter submitted on the briefs in accordance with E.D. Local Rule 230(g).

2