TERRY A. WILLS, ESQ. (SBN 133962)
MICHAEL K. BEDOLLA, ESQ. (SBN 302517)
COOK BROWN, LLP
2407 J STREET, SECOND FLOOR
SACRAMENTO, CALIFORNIA 95816
T. 916-442-3100 | F. 916-442-4227
Email: twills@cookbrown.com
       mbedollla@cookbrown.com

Attorneys for Defendant BOARD OF TRUSTEES OF
THE CALIFORNIA STATE UNIVERSITY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| COLETTE CALMELET, | Case No. 2:19-cv-02537-MCE-DMC |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE PRETRIAL SCHEDULE; ORDER** |
| v. | Judge:  Morrison C. England, Jr. |
| BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, et al., | Action Filed:  December 17, 2019<br>FAC Filed:  March 16, 2020 |
| Defendants. | |

This Stipulation is entered into by and among Plaintiff and Defendants, by and through their respective counsel, to continue the Pretrial Schedule in this matter in the Discovery Cutoff date as it is currently set. The continuance is requested to allow both parties to conclude their formal discovery process. Depositions are currently being scheduled between the two parties, written discovery is still underway, and expert witnesses, if any, are being engaged.

The parties have agreed to the following new schedule:

Fact Discovery Cutoff: August 03, 2022

Expert Disclosure and Reports: October 03, 2022

Rebuttal Disclosure and Reports: November 02, 2022

Good cause exists for the requested continuance of the Fact Discovery Cutoff because the parties met to discuss the schedule and outstanding issues on December 10, 2021 and agreed on a

timeline in which all discovery will be completed within the proposed order. Good cause also exists because the California State University at Chico has recently undergone a change of university counsel, in addition to the continued pandemic and Plaintiff's recent substitution of attorney.

Good cause further exists because no other deadlines from the Pretrial Scheduling Order will be impacted by this continuance.

Good cause also exists for the requested continuance because the parties agree they may be prejudiced if the continuance is not granted, as neither party may be able to complete the investigation and discovery necessary to adequately analyze the case and prepare for trial within the current Fact Discovery Cutoff date.

DATED: December 22, 2021      LAW OFFICE OF DEAN ROYER

By: _____
Attorneys for Plaintiff
COLETTE CALMELET


DATED: December 22, 2021      COOK BROWN, LLP

By: _____
Attorneys for Defendant
BOARD OF TRUSTEES OF THE
CALIFORNIA STATE UNIVERSITY

**ORDER**

Pursuant to the Stipulation of the parties, and good cause appearing

1. The Fact Discovery Cutoff set forth in Dkt. 4, as amended by Dkt. No. 41, shall be vacated and the following pretrial schedule is set:

    Fact Discovery Cutoff: August 03, 2022

    Expert Disclosure: October 03, 2022

    Expert Rebuttal: November 02, 2022

All other previously scheduled deadlines remain as originally set.

IT IS SO ORDERED.

Dated:  December 22, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE