IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE CALMELET,<br><br>    Plaintiff,<br><br>  v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, et al.,<br><br>    Defendants. | No. 2:19-CV-2537-MCE-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is Plaintiff's motion to compel further discovery. See ECF No. 48. The matter has been noticed for a hearing before the undersigned on April 27, 2022, at 10:00 a.m., in Redding, California. Pursuant to the Court's local rules in effect at the time the motion was filed, a joint statement regarding the discovery dispute was due by April 13, 2022. See Local Rule

///

///

///

///

///

///

1

251(a).  To date, no joint statement has been filed.  Accordingly, the April 27, 2022, hearing before the undersigned is vacated and the Clerk of the Court is directed to terminate ECF No. 48 as a pending motion.  See id.

IT IS SO ORDERED.

Dated:  April 18, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE