TERRY A. WILLS, ESQ. (SBN 133962)
COOK BROWN LLP
2407 J STREET, SECOND FLOOR
SACRAMENTO, CA 95816
T. 916-442-3100 | F. 916-442-4227
Email: twills@cookbrown.com

Attorneys for Defendant BOARD OF TRUSTEES
OF THE CALIFORNIA STATE UNIVERISTY


DEAN ROYER, SBN 233292
LAW OFFICE OF DEAN ROYER
P.O. BOX 12336
SAN FRANCISCO, CA 94112
T. 415-795-1475
Email: deanroyerlaw@gmail.com

Attorneys for Plaintiff COLETTE CALMELET

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE CALMELET, | Case No. 2:19-cv-2537-MCE-DMC |
| Plaintiff, | **STIPULATION TO CONTINUE PRETRIAL SCHEDULING; ORDER** |
| vs. | Judge: Morrison C. England, Jr. |
| BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, et al. | Action Filed: December 17, 2019<br>FAC Filed: March 16, 2020 |
| Defendant. | |

## STIPULATION

This Stipulation is entered into by and among Plaintiff and Defendant, by and through their respective counsel, to continue the Pretrial Schedule in this matter as it is currently set. A four-month continuance is requested to allow both parties to conclude

-1-

their formal discovery process after plaintiff retains new counsel. Plaintiff has new counsel who is ready to immediately substitute into this case once a continuance of the Discovery Cutoff dates are approved. After allowing for new counsel to transition into the case, depositions will be promptly scheduled between the two parties, written discovery will be completed, and expert witnesses, if any, will be engaged. Continuance of the discovery cut-off dates will also necessitate continuing the related Dispositive Motion Filing Cutoff or (if no Dispositive Motions will be filed) the Notice of Joint Notice of Trial Readiness.

The parties have agreed to the following new schedule:

Fact Discovery Cutoff: December 05, 2022

Expert Disclosure and Reports: February 03, 2023

Rebuttal Disclosure and Reports: April 03, 2023

Dispositive Motion Filing Cutoff or (if no Dispositive Motions will be filed) a Joint Notice of Trial Readiness will be filed: May 3, 2023

Good cause exists for the requested continuance of the above dates because plaintiff's current counsel filed a motion to withdraw on March 31, 2022 and plaintiff has located counsel who is prepared to immediately substitute into the case if Discovery Cutoff dates are extended. Good cause also exists because the parties agree on a timeline in which all discovery will be completed within the proposed order. Good cause further exists because the only other deadlines from the Pretrial Scheduling Order that will be impacted by this continuance is the Dispositive Motion Cut-Off and Notice of Trial Readiness deadlines. Finally, good cause exists for the requested continuance because the parties agree they may be prejudiced if the continuance is not granted, as neither party may be able to complete the investigation and discovery necessary to adequately analyze the case and prepare for trial within the current Discovery Cutoff deadlines.

///

///

Stipulation to Continue Pretrial Schedule
*Calmelet v. CSU*, Case No. 2:19-cv-2537-MCE-DMC

Dated: May 9, 2022  LAW OFFICE OF DEAN ROYER

By:      /s/
       Dean Royer
       Attorneys for Plaintiff
       COLETTE CALMELET

Dated: May 10, 2022  COOK BROWN, LLP

By:      /s/
       Terry Wills
       Attorneys for Defendant
       BOARD OF TRUSTEES OF THE
       CALIFORNIA STATE UNIVERSITY

**ORDER**

Pursuant to the Stipulation of the parties, and good cause appearing:

The Fact Discovery Cutoff set forth in Dkt. No. 4, as amended by Dkt. Nos. 41 and 45, shall be vacated and the following pretrial schedule is set:

    Fact Discovery Cutoff: December 05, 2022

    Expert Disclosure and Reports: February 03, 2023

    Rebuttal Disclosure and Reports: April 03, 2023

    Dispositive Motion Filing Cutoff or (if no Dispositive Motions will be filed) a Joint Notice of Trial Readiness will be filed: May 3, 2023

All other previously scheduled deadlines remain as originally set.

IT IS SO ORDERED.

DATED: May 16, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE