IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE CALMELET,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, et al.,<br><br>　　　　　Defendants. | No.  2:19-CV-2537-MCE-DMC<br><br><br>ORDER |

　　　　Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is Plaintiff's motion to compel further discovery.  See ECF No. 48.

　　　　Plaintiff's motion was initiated by way of points and authorities and a declaration pursuant to Eastern District of California Local Rule 251 regarding non-cooperation of opposing counsel in preparation of a joint statement.  Under the local rules, Plaintiff's motion was filed on September 7, 2022, on 14 days' notice.  The hearing is set for September 21, 2022, at 10:00 a.m., before the undersigned in Redding, California.  Defendant has filed a response to Plaintiff's motion and declaration.  See ECF No. 70.  Moving and opposing counsel have requested telephonic appearances.  See ECF Nos. 69, 71.

/ / /

/ / /

1

Based on the briefs and declarations filed thus far regarding the current discovery dispute, the Court is concerned that there has been an unjustified breakdown in the meet-and-confer process. As currently presented, the motion does not comply with Local Rule 251 in that no joint statement has been filed and the Court is not satisfied with the current explanations regarding the failure to comply with the rules. In this regard, the current filings suggest that there was an ability to file a joint statement one day late, but there is no explanation as to why the parties were unable to agree on a request for a brief extension of time to do so.

Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled for September 21, 2022, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar. The matter is re-set for an informal conference, which will take place via Zoom, at 11:00 a.m. The parties shall be prepared to meet and confer in good faith, with the Court's assistance, to resolve or narrow the current dispute. If no informal resolution can be accommodated, the matter will be re-set for a hearing.

IT IS SO ORDERED.

Dated: September 15, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE