TERRY A. WILLS, ESQ. (SBN 133962)
twills@cookbrown.com
DANIEL F.C. KOZIEJA, ESQ. (SBN 331123)
dkozieja@cookbrown.com
COOK BROWN, LLP
2407 J STREET, SECOND FLOOR
SACRAMENTO, CALIFORNIA 95816
T. 916-442-3100 | F. 916-442-4227

Attorneys for Defendant BOARD OF TRUSTEES OF
THE CALIFORNIA STATE UNIVERSITY

JUAN HONG, ESQ. (SBN 234046)
jhong48@gmail.com
LAW OFFICE OF JUAN HONG, A LAW CORP.
4199 CAMPUS DRIVE, SUITE 550
IRVINE, CALIFORNIA 92612
T. 949-334-7710 | F. 949-335-6647

Attorney for Plaintiff COLETTE CALMELET

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE CALMELET,<br><br>    Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, et al.,<br><br>    Defendants. | Case No.  2:19-CV-02537-MCE-DMC<br><br>**JOINT STIPULATION TO CONTINUE FACT DISCOVERY CUTOFF DATE AND ORDER**<br><br>Judge:       Morrison C. England, Jr.<br><br>Action Filed:   December 17, 2019<br>FAC Filed:      March 16, 2020 |

Plaintiff Colette Calmelet ("Plaintiff"), and Defendant Board of Trustees of The California State University ("Defendant"), (collectively, "the Parties"), hereby jointly request that the Court extend the December 5, 2022, fact discovery cut-off deadline. The continuance is requested to allow both parties to conclude their formal discovery process.

Depositions are currently being scheduled between the two parties, written discovery is still underway, and expert witnesses, if any, are being engaged. The parties have agreed to the following new schedule:

///

Fact Discovery Cutoff: March 5, 2023

Expert Disclosure and Reports: April 5, 2023

Good cause exists for the requested continuance of the Fact Discovery Cutoff because the parties met to discuss the schedule and outstanding issues on October 7, 2022, and agreed on a timeline in which all discovery will be completed within the proposed order.

Good cause further exists because no other deadlines from the Pretrial Scheduling Order will be impacted by this continuance.

Good cause also exists for the requested continuance because the parties agree they may be prejudiced if the continuance is not granted, as neither party may be able to complete the investigation and discovery necessary to adequately analyze the case and prepare for trial within the current Fact Discovery Cutoff date.

DATED:                                    LAW OFFICE OF JUAN HONG


                                          By:   /s/ Juan Hong
                                              Attorneys for Plaintiff
                                              COLETTE CALMELET


DATED:                                    COOK BROWN, LLP


                                          By:   /s/ Daniel F.F. Kozieja
                                              Attorneys for Defendant
                                              BOARD OF TRUSTEES OF THE
                                              CALIFORNIA STATE UNIVERSITY

# ORDER

The Parties' Joint Stipulation to Continue the Fact Discovery Cutoff Date, ECF No. 73, is GRANTED. Pursuant to the Joint Stipulation of the parties, the following new discovery schedule is set:

    Fact Discovery Cutoff: March 5, 2023

    Expert Disclosure and Reports: April 5, 2023

All other previously scheduled deadlines remain as original set.

IT IS SO ORDERED.

Dated:  November 4, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE