IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE CALMELET,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOARD OF TRUSTEES OF THE<br>CALIFORNIA STATE UNIVERSITY,<br>et al.,<br><br>　　　　Defendants. | No. 2:19-CV-2537-MCE-DMC<br><br><br>ORDER |

　　　　Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is Plaintiff's motion to compel further discovery. See ECF No. 67. Having informally met with the parties on September 21, 2022, to resolve the dispute, and no request for formal intervention having been made within the time set by the Court, it appears that the matter has been resolved by the parties. The Clerk of the Court is directed to terminate ECF No. 67 as a pending motion.

　　　　IT IS SO ORDERED.

Dated:  December 2, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE