UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE CALMELET,<br><br>    Plaintiff,<br><br>    v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, et al.,<br><br>    Defendants. | No. 2:19-cv-02537-MCE-DMC<br><br><br><br>**ORDER** |

Presently before the Court is counsel Juan Hong's Motion to Withdraw as Attorney for Plaintiff Colette Calmelet ("Plaintiff"), which Plaintiff opposes. See ECF Nos. 76, 80, 82, 83, 86. On April 20, 2023, the Court heard oral argument in camera. At the conclusion of the hearing, and after finding good cause, the Court granted the Motion on the record.

Accordingly, Mr. Hong's Motion to Withdraw as Attorney, ECF No. 76, is GRANTED. Mr. Hong is RELIEVED as counsel of record for Plaintiff effective immediately. Unless and until she retains new counsel of record, all communications to Plaintiff, currently acting in pro se, shall be directed to her at her last known address:

    Colette Calmelet
    741 Hastings Street
    Chico, CA 95973

1

The Clerk of Court is directed to terminate all counsel of record for Plaintiff from the docket. Plaintiff shall be substituted in to proceed pro se. The Court will not entertain any more filings on this Motion or the relationship between Mr. Hong and Plaintiff.

Not later than June 20, 2023, the parties are ordered to file a joint status report. At that time, Plaintiff shall notify the Court whether she has been able to obtain new counsel or whether she intends to proceed pro se. Finally, the case shall remain STAYED.

IT IS SO ORDERED.

Dated: April 27, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE