1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  COLETTE CALMELET,                          No.  2:19-cv-02537-MCE-DMC

12              Plaintiff,

13       v.                                     **ORDER**

14  BOARD OF TRUSTEES OF THE
    CALIFORNIA STATE UNIVERSITY, et
15  al.,

16              Defendants.

17

18       The Court has reviewed the parties' Joint Status Report filed on June 20, 2023.

19  ECF No. 98 ("JSR").  Accordingly, the Court orders as follows:

20       1.  Plaintiff Colette Calmelet ("Plaintiff") intends to be represented by an attorney

21  in this case and "has obtained preliminary limited scope representation agreement with

22  D. Lewis for taking depositions."  JSR, at 1–2.  Accordingly, not later than ten (10) days

23  after the issuance of this Order, Plaintiff's counsel must file an appearance with the

24  Court.  If an appearance is not timely made, Plaintiff shall continue to proceed pro se.

25       2.  Given their expressed interest in private mediation, see JSR, at 2, the parties

26  are ordered to initiate mediation not later than sixty (60) days from the issuance of this

27  Order.  The parties are also further ordered to provide a joint status report to the Court

28  not later than ten (10) days after the conclusion of mediation.

3.  This case shall remain STAYED pending mediation.

IT IS SO ORDERED.

Dated:  June 28, 2023

_____

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE