# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE CALMELET, | No. 2:19-CV-2537-MCE-DMC |
| Plaintiff, | |
| v. | ORDER |
| BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. The parties have filed a stipulation of voluntary dismissal. See ECF No. 106. Because the stipulation has been signed by all parties who have appeared, leave of Court is not required and the action is dismissed on the parties' notice. See Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

Dated: February 28, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1